JAMES T. RYAN et al., Appellants, *v.* THE ATLANTIC MUTUAL
INSURANCE COMPANY, Respondent.

(Argued May 23, 1876; decided May 30, 1876.)

*Charles E. Whitehead* for the appellant.

*Samuel Hand* for the respondent.

Agree to affirm on opinion of court below.
All concur; MILLER, J., not sitting.
Judgment affirmed.

———

RUTH M. GLADDEN, Respondent, *v.* EMERSON GOODRICH,
Appellant.

(Submitted May 23, 1876; decided May 30, 1876.)

*Cook & Lockwood* for the appellant.

*Bootey & Fowler* for the respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.